## W. A. Ashmore et al., Appellees, v. J. A. Wolf, Appellant.

### Gen. No. 43,075.

Heard in the third division, first district, this court at the June term, 1944; opinion filed December 20, 1945; rehearing denied January 8, 1946; released for publication January 8, 1946. Ekern, Meyers & Matthias, for appellant; Donald L. Thompson, William G. Chorn and Arthur F. Gruenwald, of counsel; Alfred J. Cilella, for appellees; J. Kentner Elliott, of counsel. Opinion by JUSTICE LEWE. Not to be published in full.